Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2006

at 9 o'clock and 28 min. AM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                              Criminal No. CR 00-00183DAE-10

FERMIN RIVERA

On 1/10/2003, the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 39 months of supervision.

Respectfully submitted,

_____
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 21st day of April, 2006.

_____
DAVID ALAN EZRA
U.S. District Judge